IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DAVID PAUL WOLF, #468145 | § | |
| VS. | § | CIVIL ACTION NO. 6:11cv255 |
| N. WEBB, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff David Paul Wolf, a prisoner confined in the Texas prison system, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge John D. Love, who issued a Fourth Report and Recommendation concluding that Defendant Sims' motion for summary judgment should be granted, that the Plaintiff's ADA and RA claims against Defendant Sims should be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and that the lawsuit should be dismissed with prejudice. The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Defendant Sims' motion for summary judgment (docket entry #57) is **GRANTED**. It is further

**ORDERED** that the Plaintiff's ADA and RA claims against Defendant Sims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1). It is further

**ORDERED** that the Plaintiff's motion for summary judgment (docket entry #61) is **DENIED**. It is further

**ORDERED** that the case is **DISMISSED** with prejudice. It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 27th day of March, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**